1  Nanci L. Clarence, SBN 122286
   CLARENCE & DYER LLP
2  899 Ellis Street
   San Francisco, CA 94109-7807
3  Telephone: (415) 749-1800
   Facsimile:  (415) 749-1694
4  Email: nclarence@clarencedyer.com

5  Attorneys for Defendant Ronald Maldonado

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10 | UNITED STATES OF AMERICA            | Case No.: 3:07-cr-00089-CRB
11 |                                      |
   |            Plaintiff,                | STIPULATION AND ~~PROPOSED~~ ORDER
12 |                                      | CONTINUING DATE FOR CHANGE OF
   | v.                                   | PLEA HEARING
13 |                                      |
   | RONALD MALDONADO,                    |
14 |                                      |
   |            Defendant.                |
15

16     The parties hereby stipulate and request that the date currently set for change of plea and

17 sentencing in this matter, June 27, 2007 at 2:15 PM before the Honorable Charles R. Breyer be

18 continued to July 11, 2007 due to a conflict in undersigned defense counsel's schedule.  The

19 parties respectfully request that the hearing be re-set for July 11, 2007 at 2:15 PM.

20     The parties have entered into a waiver of the five year statute of limitations period for the

21

22 purpose of attempting to reach a negotiated disposition of the potential criminal charges against

23 the Defendant. Accordingly the parties further agree and stipulate that if the Court does not

24 accept the sentence of 12 months home confinement that the parties have agreed to in the

25 proposed plea agreement (tendered to the court on March 20, 2007), which the parties anticipate

26 entering into pursuant to Fed. R. Crim. P. 11(c)(1)(C), then the statute of limitations shall also be

27 ///

28

1

1  tolled from March 20, 2007 until 14 days after the date the Court notifies the parties that it does
2  not intend to accept the plea agreement.

3  Dated: March 27, 2007                             Respectfully submitted,

6                                                    /s/: Nanci Clarence
                                                     Nanci L. Clarence
7                                                    Attorney for
                                                     Defendant Ronald Maldonado

10 Dated: March 27, 2007                             /s/: Robin Harris
                                                     Robin L. Harris
11                                                   Assistant United States Attorney

14                              [PROPOSED] ORDER

15      Good cause having been shown, the Court hereby GRANTS the request that the hearing
16 for change of plea and sentencing previously set for June 27 at 2:15 PM shall be continued to
17 July 11, 2007 at 2:15 PM.

19 Dated: March 28, 2007
                                                     _____
20                                                   Honorable Charles R. Breyer
                                                     United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR CHANGE OF PLEA HEARING
*U.S. v. Maldonado*, Case no.: 07-0089 CRB

2